### Commonwealth v. Bailey, Appellant.

Before ULLMAN, J.

Argued March 18, 1969. *Peter A. Galante*, for appellant; *Walter L. Foulke*, Assistant District Attorney, with him *James D. Crawford*, Assistant District Attorney, *Richard A. Sprague*, First Assistant District Attorney, and *Arlen Specter*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

### Commonwealth v. Bender, Appellant.

Argued March 21, 1969. *Carmen Maffei*, Assistant Public Defender, and *Peter J. Webby*, Public Defender, for appellant; *Blythe H. Evans*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.